## Symons, Appellant, *v.* National Electric Products, Inc.

Argued April 16, 1963. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Myron E. Rowley*, with him *Ralph E. Smith, James E. Rowley*, and *Rowley, Smith & Rowley*, for appellant.

*Clem R. Kyle*, for appellee.

OPINION PER CURIAM, June 12, 1963:

The order of the Court of Common Pleas of Beaver County is affirmed on the able opinion of President Judge MCCREARY, for the court below, reported at 30 Pa. D. & C. 2d 112.